**ERIN J. RADEKIN**
**Attorney at Law – SBN 214964**
2012 H Street, Suite 200
Sacramento, CA 95811
Telephone: (916) 504-3931
Facsimile: (916) 447-2988

Attorney for Petitioner
**ALEXANDER CALDERON-RICARDO**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ALEXANDER CALDERON-RICARDO, (DHS A213-374-940)**<br>Petitioner,<br>v.<br>**WARDEN,**<br>Respondent. | CASE NO. 1:26-CV-07172-TLN-SCR (HC)<br><br>**ORDER EXTENDING TIME TO FILE REPLY** |

The Court has considered Petitioner's unopposed motion to extend time to file a reply. Good cause appearing, the motion is GRANTED.

Petitioner shall file his reply to Respondent's response to the Petition, ECF No. 8, on or before October 19, 2026.

IT IS SO ORDERED.

DATED: October 2, 2026

Troy L. Nunley
Chief United States District Judge